**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52280.**

March 22, 1972.

In view of the Judge's return stating that he has instructed the Pardon Board to place relator's application on its docket for April 5, 1972 and that he intends to recommend relief for relator at that time, the showing made does not warrant the exercise of our supervisory jurisdiction.

■

259 So.2d 75

**STATE of Louisiana**

**v.**

**Bryan T. REAMES.**

**No. 52282.**

March 22, 1972.

The showing made is insufficient to warrant the exercise of our supervisory jurisdiction.